IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FIRST TENNESSEE BANK NATIONAL
ASSOCIATION, et al.,                                                          PLAINTIFFS

V.                                   4:11CV00624 JMM

PATHFINDER EXPLORATION, LLC,
et al.,                                                                                 DEFENDANTS

## JUDGMENT

Pursuant to the Order granting Defendants' Motions for Summary Judgment, Judgment is hereby entered in favor of the Defendants and against the Plaintiffs with prejudice.

IT IS SO ORDERED this 28th day of June, 2013.

James M. Moody
United States District Judge